UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NEIL MATHIAS, ET AL., <br> JEANNINE BOGARD, ET AL., | ) <br> ) <br> ) | CASE NO.1:06CV2118 <br> 1:06CV2868 |
| Plaintiff, | ) <br> ) | JUDGE CHRISTOPHER A. BOYKO |
| Vs. | ) <br> ) | |
| IMAGITAS, INC. | ) <br> ) | ORDER |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

    This matter is before the Court on Defendant Imagitas, Inc.'s Motion to Stay Proceedings (ECF Dkt# 15 in case No. 2118, ECF Dkt# 7 in case No. 2868). The Court grants Defendant's Motion to Stay pending determination by the Multi-District Litigation (MDL) panel whether to transfer these cases to the MDL docket. Upon the ruling on the Motion to Transfer by the MDL panel, parties shall contact the Court to discuss further proceedings. The Case Management Conference set for February 16, 2007 is cancelled.

    IT IS SO ORDERED.

2/15/07
Date

CHRISTOPHER A. BOYKO
United States District Judge